```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 19948
   WACONDA CURINGTON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-5483

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/26/2007 and was confirmed 01/22/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors   5.00%.

      The case was dismissed after confirmation 07/17/2008.
-------------------------------------------------------------------------------
 CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                 PAID          PAID
-------------------------------------------------------------------------------
 DUPAGE COUNTY CLERK        UNSECURED         NOT FILED            .00            .00
 SBC                        UNSECURED         NOT FILED            .00            .00
 FIRST PREMIER BANK         UNSECURED         NOT FILED            .00            .00
 COMMONWEALTH EDISON        UNSECURED          1151.00             .00            .00
 COMCAST                    UNSECURED         NOT FILED            .00            .00
 DIRECTV                    UNSECURED         NOT FILED            .00            .00
 COTTONWOOD FINANCIAL       UNSECURED         NOT FILED            .00            .00
 PINNACLE MANAGEMENT        UNSECURED         NOT FILED            .00            .00
 EDFINANCIAL SERVICES       UNSECURED          1817.81             .00            .00
 EDFINANCIAL SERVICES       UNSECURED          3135.40             .00            .00
 PREMIER BANKCARD           UNSECURED           380.59             .00            .00
 HIGH TECH INSTITUTE        UNSECURED         NOT FILED            .00            .00
 RADIOLOGY IMAGING          UNSECURED         NOT FILED            .00            .00
 MIDLAND CREDIT MANAGEMEN   UNSECURED           866.07             .00            .00
 SBC                        UNSECURED         NOT FILED            .00            .00
 MEADOWS CREDIT UNION       UNSECURED         11315.37             .00            .00
 PEOPLES GAS LIGHT & COKE   UNSECURED          2437.34             .00            .00
 PEOPLES GAS LIGHT & COKE   UNSECURED         NOT FILED            .00            .00
 PEOPLES GAS LIGHT & COKE   UNSECURED         NOT FILED            .00            .00
 SWISS COLONY               UNSECURED           615.97             .00            .00
 US CELLULAR                UNSECURED         NOT FILED            .00            .00
 RMI/MCSI                   UNSECURED           150.00             .00            .00
 WEST ASSET MANAGEMENT      UNSECURED         NOT FILED            .00            .00
 ECMC                       UNSECURED          2337.26             .00            .00
 ISAC                       UNSECURED          4998.53             .00            .00
 BIZAR & DOYLE LLC          DEBTOR ATTY       3,200.00                          412.16
 TOM VAUGHN                 TRUSTEE                                              35.84
 DEBTOR REFUND              REFUND                                                 .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19948 WACONDA CURINGTON
```

```
--------------------------------------------------------------------------------
TRUSTEE                                       448.00

PRIORITY                                                                   .00
SECURED                                                                    .00
UNSECURED                                                                  .00
ADMINISTRATIVE                                                          412.16
TRUSTEE COMPENSATION                                                     35.84
DEBTOR REFUND                                                              .00
                                        ---------------   ---------------
TOTALS                                         448.00            448.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 10/29/08                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE










                            PAGE   2
         CASE NO. 07 B 19948 WACONDA CURINGTON